IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DAVID F. OWEN | § | |
| | § | |
| | § | |
| v. | § | CIVIL NO. 1:13-cv-00569-LY-ML |
| | § | |
| | § | |
| RESIDENTIAL CREDIT | § | |
| OPPORTUNITIES TRUST | § | |

## AGREED FINAL JUDGMENT

On the date below, the court considered the request of David F. Owen, the plaintiff and counterdefendant, and Residential Credit Opportunities Trust, the defendant and counterplaintiff, for signing and entry of an agreed final judgment in this civil action. The court finds that both parties have agreed to the terms of this judgment, as shown by the signatures of their respective attorneys below.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the plaintiff, David F. Owen, and the counterplaintiff, Residential Credit Opportunities Trust, take nothing by their claims and counterclaims in this civil action.

It is further ORDERED, ADJUDGED, and DECREED that each party to this civil action will be solely responsible for and will pay all attorney's fees, taxable court costs, and litigation expenses that it has incurred in this civil action and in the underlying disputes. No party to this civil action will recover any of those fees, costs, or expenses from any other party to this civil action.

It is further ORDERED that this judgment is a final judgment.

SIGNED on September 25, 2014

_____
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED
AS TO FORM AND SUBSTANCE:

BRUCE R. HARDESTY, P.C.
1411 West Ave., Suite 100
Austin, Texas  78701-1537
Telephone: 512-479-9500
Telecopier: 512-479-9510
e-mail address: bruce@1411west.com

By:/s/ Bruce R. Hardesty
    Bruce R. Hardesty
    State Bar Card No. 08957375

ATTORNEY FOR PLAINTIFF AND
COUNTERDEFENDANT, DAVID F. OWEN


HARVEY LAW GROUP
/s/ Kelly J. Harvey
SBN 09180150
P.O. Box 131407
Houston, Texas 77219
Phone: (832) 922-4000
Fax: (832) 922-6262
e-mail: Kelly@kellyharvey.com

ATTORNEY FOR DEFENDANT
AND COUNTERPLAINTIFF,
RESIDENTIAL CREDIT
OPPORTUNITIES TRUST